# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE

| | |
|---|---|
| TENNESSEE RIVERKEEPER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:24-cv-00079 |
| CITY of CELINA, TENNESSEE, ) | Judge Crenshaw |
| ) | Magistrate Judge Newbern |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RECEIPTOF SETTLEMENT AGREEMENT
## AND CONSENT DECREE
## BY THE UNITED STATES DEPARTMENT OF JUSTICE

The Plaintiff hereby notifies the Court that the parties have receive notification from the United States Department of Justice that it has received notification of the proposed settlement agreement and consent decree in this case, as required by Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3) and 40 C.F.R. § 135.5, on August 12, 2025. The United States has 45 days from the date of receipt to complete the federal review and provide comments.

The Plaintiff further notifies the Court that 45 days from August 12, 2025, is **September 26, 2025**.

Respectfully submitted,

*/s/ Mark E. Martin*
Mark E. Martin (Alabama Bar No. 9361-A41M)
P. O. Box 1486
Oneonta, AL 35121
(205) 516-9350
mmartin@markemartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document, and all exhibits thereto, if any, have been served on the below-listed person(s), via the Court's CM/ECF electronic filing system, this the 13h day of August, 2025.

Mark E. Martin (Alabama Bar No. 9361-A41M)
P.O. Box 1486
Oneonta, AL 35121
Telephone: (205) 516-9350
mmartin@markemartin.com

Andrea Taylor McKellar (BPR #19618)
McKellar Law Group, PLLC
117 28th Avenue North
Nashville, TN 37203
Telephone: 615.866.9828
Facsimile: 615.866.1278
andie@.mckellarlawgroup.com

William D. Birdwell, BPR#017257
Attorney for City of Celina, Tennessee
457 East Broad Street
Cookeville, TN 38501
Telephone: (931) 520-3772
william@wdbirdwell.com

        */s/ Mark E. Martin*
        Mark E. Martin (Alabama Bar No. 9361-A41M)